UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJON BURTON,<br><br>  Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY JAIL, et al.,<br><br>  Defendants. | No. 1:24-cv-00394-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 6 |

Plaintiff Dajon Burton is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On April 4, 2024, the assigned magistrate judge issued an order requiring Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee, and warned Plaintiff that a failure to comply with the order would result in the dismissal of this action. Doc. 3. When Plaintiff did not respond, Plaintiff was ordered on May 30, 2024 to show cause why the case should not be dismissed for failure to comply with a court order. Doc. 4. Plaintiff failed to respond to the order to show cause. *See* docket. On June 24, 2024, the assigned magistrate judge issued findings and recommendations, recommending this case be dismissed without prejudice for failure to prosecute. Doc. 6. The findings and recommendations contained notice that

objections were to be filed within fourteen days of service. *Id*. at 4. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED:

1. The findings and recommendations issued on June 24, 2024, Doc. 6, are ADOPTED in full.
2. This case is dismissed without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    October 11, 2024

UNITED STATES DISTRICT JUDGE

2